REMSEN B. DECKER and EDNA M. DECKER, His Wife, Appellants, v. BERNARD SALES COMPANY, INC., and THE PEOPLE OF THE STATE OF NEW YORK, Defendants. JOSEPH GNATOVSKY, Purchaser, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.